In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against BETHLEHEM STEEL COMPANY et al., Appellants.

Argued October 2, 1945; decided November 29, 1945.

*C. A. McLain* and *Daniel J. Kenefick* for appellants.
*William E. Grady, Jr.* for respondent.

Order affirmed, with costs; no opinion.    [See 295 N. Y. 664.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, and DYE, JJ.    Taking no part: MEDALIE, J.